

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

| | | |
|---|---|---|
| Julio A. Hernandez and Rocio Martinez, | § | No. 08-18-00011-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| Enes M. Kanlic, M.D.; El Paso County Hospital District d/b/a University Medical Center; and Texas Tech Health Science Center, | § | of El Paso County, Texas |
| | § | (TC# 2016DCV3128) |
| | § | |
| Appellees. | | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 27, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 27, 2018.

IT IS SO ORDERED this 2nd day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.
(Palafox, J., not participating)